**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000544
08-JAN-2024
07:56 AM
Dkt. 24 ODSD**

NO. CAAP-23-0000544

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF Z.A. AND K.A.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-S NO. 22-0045)

ORDER DISMISSING APPEAL
(By:  Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before November 7, 2023, and November 30, 2023, respectively;

(2) Self-represented Mother-Appellant N.G. (**Mother**)[1] failed to file either document, or request an extension of time;

(3) On December 5, 2023, the appellate clerk entered a default notice informing Mother that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on December 15, 2023, for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure

---

[1]  It appears that Mother is represented by counsel in the underlying case, FC-S No. 22-0045, but that she filed the appeal self-represented.

Rules 12.1(e) and 30, and Mother could request relief from default by motion; and

(4) Mother has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, January 8, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge